DAVID GORDON ET AL. *v.* RAFAEL VILLEGAS ET AL.

The defendants Miguel Cardozo, John Cueto and Daniel Domkowski's petition for certification for appeal from the Appellate Court (AC 13559) is denied.

BERDON, J., dissenting. I would grant the petition for certification filed by the defendants Miguel Cardozo, John Cueto and Daniel Domkowski.

*Scott M. Karsten* and *Michael Lefebvre,* in support of the petition.

*Burton M. Weinstein,* in opposition.

Decided September 14, 1994

CFM OF CONNECTICUT, INC. *v.* TAUFIQUL
CHOWDHURY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 12406) is denied.

*John Timbers,* in support of the petition.

*Frank G. Usseglio,* in opposition.

Decided September 14, 1994

PEOPLE'S BANK *v.* JAMES A. MILLER, JR., ET AL.

The defendants James A. Miller, Jr., and Joyce R. Miller's petition for certification for appeal from the Appellate Court (AC 13303) is denied.

*James A. Miller, Jr.,* pro se, in support of the petition.

*Mary E. Wexler,* in opposition.

Decided September 14, 1994